[No. 31540-8-II.   Division Two.   June 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY GENE HEIDLEBAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-02484-8, Robert L. Harris, J., entered March 18, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 22475-9-III.   Division Three.   June 2, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. COSMO E. VANBUSKIRK, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00228-1, Robert L. Zagelow, J., entered October 13, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 53143-3-I.   Division One.   June 6, 2005.]

*In the Matter of the Detention of* DANIEL J. AUDETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-28949-9, Sharon S. Armstrong, J., entered September 4, 2003. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Baker, J.

[No. 53878-1-I.   Division One.   June 6, 2005.]

JESSICA LOW, *Appellant*, v. PATRICIA STEPHENS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-17745-0, William L. Downing, J., entered February 10, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Baker, J.